548

479 A.2d 1110

Commonwealth v. Warren, Appellant.

Submitted March 23, 1984.
Melinda G. Tell, Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before POPOVICH, HOFFMAN and LIPEZ, JJ.

Affirmed.

479 A.2d 1110

Commonwealth v. Wherry, Appellant.

Petition for Allowance of Appeal
Granted Oct. 30, 1984.

Argued April 11, 1984.
Charles F. Gilchrest, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed, except as to the order of restitution with respect to the Ford van which is vacated in part and affirmed in part. The order of restitution with respect to the Chevrolet Blazer is affirmed.